

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2020

No. 04-19-00880-CV

**EW WELLS GROUP, LLC.,**
Appellant

v.

**FONG SINN CONSTRUCTION, LLC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11489
Honorable Laura Salinas, Judge Presiding

## O R D E R

On March 4, 2020, appellant filed an amended appellant's brief and an unopposed motion for leave to file an amended appellant's brief. The motion for leave is GRANTED. It is ORDERED that the amended appellant's brief is accepted as filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court